NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ADAPTIX, INC.,**
*Plaintiff-Appellant*

v.

**AMAZON.COM, INC., AT&T, INC., AT&T MOBILITY LLC, SONY MOBILE COMMUNICATIONS INC., SONY CORPORATION OF AMERICA, SONY MOBILE COMMUNICATIONS (USA) INC., HTC CORPORATION, HTC AMERICA, INC., CELLCO PARTNERSHIP, dba Verizon Wireless, APPLE INC., DELL, INC.,**
*Defendants-Appellees*

2016-1867, -1868, -1869, -1870, -1871, -1872, -1873, -1874, -1876, -1878

Appeals from the United States District Court for the Northern District of California in No. 5:14-cv-01379-PSG, 5:14:-cv-01385-PSG, 5:14-cv-02359-PSG, 5:14-cv-02360-PSG, 5:15-cv-00364-PSG, 5:15-cv-00365-PSG, 5:15-cv-00366-PSG, 5:15-cv-00367-PSG, 5:15-cv-00962-PSG, and 5:15-cv-00971-PSG, Magistrate Judge Paul S. Grewal.

**O R D E R**

The above captioned appeals appear related, and thus the court consolidates the appeals.

Because we consolidate the appeals, one set of briefs should be filed.

IT IS ORDERED THAT:

The above-captioned appeals are consolidated, and the revised official caption is reflected above. The appellant's opening brief is due June 17, 2016.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

s31