NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADAPTIX, INC.,**
*Plaintiff-Appellant*

v.

**AMAZON.COM, INC., AT&T MOBILITY LLC, HTC CORPORATION, HTC AMERICA, INC., CELLCO PARTNERSHIP, dba Verizon Wireless, APPLE INC.,**
*Defendants-Appellees*

---

2016-1867, -1868, -1869, -1870, -1871, -1872, -1873, -1874, -1876, -1878

---

Appeals from the United States District Court for the Northern District of California in Nos. 5:14-cv-01379-PSG, 5:14-cv-01385-PSG, 5:14-cv-02359-PSG, 5:14-cv-02360-PSG, 5:15-cv-00364-PSG, 5:15-cv-00365-PSG, 5:15-cv-00366-PSG, 5:15-cv-00367-PSG, and 5:15-cv-00962-PSG, 5:15-cv-00971-PSG, Magistrate Judge Paul S. Grewal.

---

**ON MOTION**

---

**O R D E R**

Dell Inc. moves unopposed to modify the caption to remove Dell Inc. as a party. AT&T Mobility LLC moves

unopposed to modify the caption to remove AT&T, Inc. as a party. Adaptix, Inc. moves unopposed to modify the caption to remove Sony Mobile Communications Inc., Sony Corporation of America, and Sony Mobile Communications (USA) Inc. as parties.

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

                                FOR THE COURT

                                /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

s25