NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**ADAPTIX, INC.,**
*Plaintiff-Appellant*

v.

**AT&T MOBILITY LLC, HTC CORPORATION, HTC AMERICA, INC., APPLE INC.,**
*Defendants-Appellees*

―――――――――――――

2016-1867, -1868, -1869, -1870, -1871, -1872, -1873, -1874, -1876

―――――――――――――

Appeals from the United States District Court for the Northern District of California in Nos. 5:14-cv-01379-PSG, 5:14-cv-01385-PSG, 5:14-cv-02359-PSG, 5:14-cv-02360-PSG, 5:15-cv-00364-PSG, 5:15-cv-00365-PSG, 5:15-cv-00366-PSG, 5:15-cv-00367-PSG, and 5:15-cv-00962-PSGG, Magistrate Judge Paul S. Grewal.

-------------------------------------------------------------------------------

**ADAPTIX, INC.,**
*Plaintiff-Appellant*

v.

**CELLCO PARTNERSHIP, dba Verizon Wireless,**
*Defendant-Appellee*

―――――――――――――

2016-1878

───────────────

Appeal from the United States District Court for the Northern District of California in No. 5:15-cv-00971-PSG, Magistrate Judge Paul S. Grewal.

───────────────

**ON MOTION**

───────────────

**O R D E R**

Adaptix, Inc. and Cellco Partnership d/b/a Verizon Wireless move to withdraw 2016-1867, 2016-1869, 2016-1872, 2016-1874, 2016-1878 as to Cellco Partnership. Adaptix and Amazon.com, Inc. separately move to dismiss 2016-1867 and 2016-1876 as to Amazon.com.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted to the extent that 2016-1878 is dismissed and the revised official caption and short caption for 2016-1867, -1868, -1869, -1870, -1871, -1872, -1873, -1874, -1876 are reflected in this order.

(2) Each side shall bear its own costs in 2016-1878.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

ISSUED AS A MANDATE (as to 2016-1878 only): July 14, 2016

s32